IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JEFFREY TIFFANY,

       Defendant.

ORDER

Case No. 12-cr-159-wmc

     The defendant in the above-entitled case has been convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department. The State Department is not to reissue a passport without approval of U.S. Probation.

Date : March 6, 2014

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO